UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR LOZANO,<br>Individually and as the representative of a class<br>of similarly-situated persons,<br><br>           Plaintiff,<br><br>           v.<br><br>TWENTIETH CENTURY FOX FILM CORP.,<br>a Delaware corporation; TWENTIETH<br>CENTURY FOX HOME ENTERTAINMENT<br>LLC D/B/A FOXSTORE.COM, a Delaware<br>limited liability company,<br><br>           Defendants. | No. 1:09-cv-06344<br>District Judge Amy J. St. Eve |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**REPLY BRIEF IN FURTHER SUPPORT OF MOTION TO DISMISS**

    Defendants, Twentieth Century Fox Film Corporation and Twentieth Century Fox Home Entertainment LLC d/b/a Foxstore.com (together, "Fox" or "Defendants"), by and through their attorneys, Proskauer Rose LLP, hereby move this Court for a seven (7) day extension of time to submit their Reply in further support of their motion to dismiss. In support of their Unopposed Motion, Defendants state as follows:

    1.    Prior counsel for Defendants filed the pending Motion to Dismiss on November 18, 2009. (Docket Nos. 14 & 15.) Pursuant to the briefing schedule set by this Court, (Docket No. 23), Plaintiff filed his Opposition on January 15, 2010. (Docket No. 26.) Pursuant to this Court's January 26, 2010 Order, Defendants' reply brief is due to be filed on February 5, 2010. (Docket No. 32.)

    2.    In light of unforeseen scheduling difficulties, Fox respectfully requests that this Court extend the time for Defendants to submit their reply brief by seven days, to and including

1

February 12, 2010.

3.      The next status hearing in this case is scheduled for March 10, 2010. (Docket No. 23.)

4.      On February 1, 2010, counsel for Defendants communicated with Plaintiff's counsel, who agreed to the filing of this Motion and has no objection to the requested extension.

5.      This Motion is made in good faith and not to hinder or delay these proceedings.

6.      The granting of this Motion will not prejudice any party in this case.

WHEREFORE, Defendants Twentieth Century Fox Film Corporation and Twentieth Century Fox Home Entertainment LLC d/b/a Foxstore.com respectfully request that this Court enter an Order granting them a seven-day extension of time, from February 5, 2010 to and including February 12, 2010, to file a reply brief in further support of their motion to dismiss.

Dated: February 1, 2010

Respectfully submitted,

PROSKAUER ROSE LLP

By:    /s/ Catherine J. Spector
Marc E. Rosenthal (ARDC# 6202850)
John A. Sloat (ARDC# 6278468)
Catherine J. Spector (ARDC# 6287459)
Proskauer Rose LLP
70 W. Madison, 38th Floor
Chicago, IL 60602
Telephone: 312.962.3550
Fax: 312.962.3551
*Attorneys for Twentieth Century Fox Film Corp. and Twentieth Century Fox Entertainment LLC d/b/a Foxstore.com*

## **CERTIFICATE OF SERVICE**

      I, Catherine J. Spector, an attorney, hereby certify that on February 1, 2010, I caused a copy of the foregoing Defendants' Unopposed Motion for Extension of Time to File Reply Brief in Further Support of Motion to Dismiss to be filed and served by CM/ECF to the parties registered with the Court's CM/ECF system.

      By:    */s/ Catherine J. Spector*
           Catherine J. Spector

1075/74085-001 Current/17401829v2