IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VICTOR LOZANO, individually and on behalf of a class of similarly situated individuals,<br><br>             Plaintiff,<br><br>    v.<br><br>TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation, TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC D/B/A FOXSTORE.COM, a Delaware limited liability company,<br><br>             Defendants. | No. 1:09-cv-06344<br><br>Honorable Amy J. St. Eve |

**Joint Status Report**

Plaintiff Victor Lozano ("Plaintiff") and Defendants Twentieth Century Fox Film Corp. ("Fox") and Twentieth Century Fox Home Entertainment LLC ("Fox Entertainment") (collectively "Defendants" and with Plaintiff the "Parties"), by and through undersigned counsel, hereby submit their Joint Status Report pursuant to the Court's Order of March 26, 2010.

**1.     The Nature of the Case**

    **A.     Identity of Attorneys of Record**

The attorneys of record are as follows:

| | |
|---|---|
| Marc E. Rosenthal (Lead Attorney)<br>*mrosenthal@proskauer.com*<br>Catherine J. Spector<br>*cspector@proskauer.com*<br>John Andrew Sloat<br>*jsloat@proskauer.com*<br>PROSKAUER ROSE LLP<br>70 West Madison, Suite 3800<br>Chicago, IL 60602<br>Telephone: 312.962.3550<br>*COUNSEL FOR DEFENDANTS* | Michael J McMorrow (Lead Attorney)<br>*mjmcmorrow@edelson.com*<br>Ryan D. Andrews<br>*randrews@edelson.com*<br>Rafey S. Balabanian<br>*rbalabanian@edelson.com*<br>Steven W. Teppler (admitted *pro hac vice*)<br>*steppler@edelson.com*<br>EDELSON MCGUIRE, LLC<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL 60654<br>*COUNSEL FOR PLAINTIFF* |

    **B.**    **Basis for Federal Jurisdiction**

The Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331. (*See* Dkt. No. 1.)

    **C.**    **Nature of the Claims**

Plaintiff's claims, and those of the proposed Class, arise out of Defendants' alleged practice of making, or causing to be made, one or possibly more unsolicited short message service ("SMS") a/k/a text messages to the cellular telephones of potential customers promoting its motion picture products. Plaintiff alleges that these text messages were unsolicited and violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*. Defendants have denied that their actions violated the TCPA and asserted a number of affirmative and other defenses to Plaintiff's claims, and those of the purported class, but have not asserted any counterclaims against Plaintiff.

    **D.**    **Major Legal and Factual Issues**

There are four major legal and factual issues in this matter: (1) whether Plaintiff received one or possibly more text message, as described in paragraphs 15 and 16 of the Class Action Complaint (Dkt. No. 1); (2) whether class certification under Fed. R. Civ. P 23 is proper; (3) whether an automatic telephone dialing system ("ATDS") was used to transmit the relevant text message advertisements in violation of the TCPA; and (4) whether Plaintiff and the proposed Class have given their prior express consent to receive any such text messages sent by or on behalf of Defendants.

    **E.**    **Relief Sought**

Plaintiff, on behalf of himself and the Class, seeks relief as follows: (1) an order certifying the Class as defined in the Complaint; (2) an award of the greater of actual or statutory

damages under 47 U.S.C. § 227(b)(3)(B)-(C); (3) an injunction under 42. U.S.C. § 227(b)(3))(A) requiring Defendants to cease all wireless spam activities; (4) an award of reasonable attorneys' fees and costs; and (5) further relief the Court deems reasonable and just.  Defendants deny that Plaintiff, on behalf of either himself or the Class, is entitled to any such relief and requests that the Class Action Complaint be dismissed on its merits and with prejudice and that Defendants be awarded reasonable attorneys' fees and costs to the extent allowed by law.

**2.      Pending Motions and Case Plan**

      **A.      Pending Motions**

There are no motions pending in this action.

      **B.      Discovery Plan**

The Parties anticipate discovery will focus on the major issues of this case listed above: whether Plaintiff received a text message or text messages sent from or on behalf of Fox, the propriety of class certification, whether Defendants used an ATDS in violation of the TCPA to send one or more text messages, and whether Plaintiff or any other member of the proposed Class gave their prior express consent to receive any such text messages sent by or on behalf of Defendants.

The Court has set Monday, April 19, 2010, as the due date for Rule 26(a)(1) disclosures. (Dkt. No. 43.)  Further, the Parties shall issue all written discovery by Thursday, April 29, 2010. (*See* Dkt. No. 43.)   The Parties anticipate the completion of written and oral discovery by Friday, January 14, 2011.  The Parties shall exchange Expert Reports on or before Monday, March 14, 2011.  Rebuttals to these Expert Reports shall be due from all Parties on or before Friday, April 15, 2011.  Depositions of all experts shall be completed by Monday, May 16, 2011. The Parties agree that all dispositive motions and/or motions for class certification shall be filed

within two months of the completion of the last expert deposition, or on or about Friday July 15, 2011.

    **C.**    **Trial Issues**

Plaintiff has requested a jury trial, and the Parties anticipate the trial lasting approximately one week.

**3.**    **Consent to Proceed Before a Magistrate Judge**

The Parties do not consent to proceed before a Magistrate Judge.

**4.**    **Status of Settlement Discussions**

The Parties have discussed the possibility of early settlement, but the parties may first seek additional discovery. In an attempt at early resolution, the Parties have agreed to mediate before the Hon. Nicholas Politan (ret.). The Parties have agreed to complete mediation by June 30, 2010, subject to mediator availability. The Parties do not request a Settlement Conference.

        Respectfully submitted,

Dated: April 16, 2010

| /s/ Michael J. McMorrow | /s/ Marc E. Rosenthal |
|---|---|
| Michael J. McMorrow | Marc E. Rosenthal |
| *mjmcmorrow@edelson.com* | *mrosenthal@proskauer.com* |
| EDELSON MCGUIRE, LLC | PROSKAUER ROSE LLP |
| 350 North LaSalle Street, Suite 1300 | 70 West Madison, Suite 3800 |
| Chicago, IL 60654 | Chicago, IL 60602 |
| Telephone: (312) 589-6370 | Telephone: (312) 962-3550 |
| Facsimile: (312) 589-6378 | Facsimile: (312) 962-3551 |
| | |
| *One of Plaintiff's Attorneys* | *One of Defendants' Attorneys* |