# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VICTOR LOZANO, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation, TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC D/B/A FOXSTORE.COM, a Delaware limited liability company,<br><br>*Defendants*. | No. 1:09-cv-06344<br><br>Honorable Amy J. St. Eve |

## JOINT STATUS REPORT

Plaintiff Victor Lozano and Defendants Twentieth Century Fox Film Corp. and Fox Home Entertainment LLC d/b/a Foxstore.com (collectively the "Parties") hereby submit the following Joint Status Report. This matter is presently set for further status on September 7, 2010 at 8:30 a.m.

1. On July 12, 2010 and subsequently on August 23, 2010 counsel for the Parties appeared before the court for status. At each status, Counsel for the Parties informed that Court that a class action settlement had been reached at the June 2, 2010 mediation with the aid of Judge Nicholas Politan (ret.).

2. Since reaching the settlement at mediation, the Parties have been diligently working on memorializing the terms of their settlement and the multiple exhibits thereto. Although the Parties had hoped to file for preliminary approval of the class action settlement prior to the September 7, 2010 status, the voluminous papers are still in the process of receiving their final review.

3. The Parties anticipate that the settlement papers will be executed and that Plaintiff shall move for preliminary approval of the class action settlement on or before

September 30, 2010.  The Parties therefore request that the Court stay all pending matters in this case pending their memorializing the settlement terms.

Dated: September 3, 2010	Respectfully Submitted,

VICTOR LOZANO,
individually and on behalf of a
class of similarly situated individuals,

  /s/ Ryan D. Andrews_____

Jay Edelson
Myles McGuire
Michael J. McMorrow
Ryan D. Andrews
EDELSON MCGUIRE LLC
350 N. LaSalle St., Ste. 1300
Chicago, Illinois 60654


  /s/ Catherine Spector_____
Marc Rosenthal
Catherine Spector
Proskauer Rose LLP
70 West Madison, Suite 3800
Chicago, IL 60602

2