## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR LOZANO, Individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:09-cv-06344 Judge Amy J. St. Eve |
| TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC D/B/A FOXSTORE.COM, a Delaware limited liability company, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH THE
## REQUIREMENTS OF THE CLASS ACTION FAIRNESS ACT OF 2005

Defendants, Twentieth Century Fox Film Corp. and Twentieth Century Fox Home Entertainment LLC (together, "Defendants"), by and through their undersigned attorneys, Proskauer Rose LLP, respectfully notify this Court that on November 24, 2010, Defendants caused to be served "upon the appropriate State official of each State in which a class member resides and the appropriate Federal official, a notice of the proposed settlement" that complies with all requirements of 28 U.S.C. § 1715(b) ("CAFA"). (*See also* Docket No. 61-3 (Declaration of Daniel Rosenthal Regarding Notice Procedures) ¶ 5 (describing CAFA notice sent on November 24, 2010) & Ex. D (copy of CAFA notice and service list).) Service of the notice of proposed settlement was completed within 10 days after the filing of the proposed settlement, which this Court preliminarily approved on November 17, 2010.

Dated: April 8, 2011

Respectfully submitted,

PROSKAUER ROSE LLP

*/s/ Catherine J. Spector*

Marc E. Rosenthal (ARDC# 6202850)
Catherine J. Spector (ARDC# 6287459)
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison St., Ste. 3800
Chicago, Illinois 60602
Telephone: 312.962.3550
Fax: 312.962.3551
*Attorneys for Twentieth Century Fox Film Corp.*
*and Twentieth Century Fox Entertainment LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing documents via the Court's CM/ECF system on this 8th day of April, 2011.

By: ___*/s/ Catherine J. Spector*___