# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Victor Lozano

                          Plaintiff,

v.                                                             Case No.: 1:09−cv−06344
                                                                         Honorable Amy J. St. Eve

Twentieth Century Fox Film Corp, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 15, 2011:

      MINUTE entry before Honorable Amy J. St. Eve: Final approval hearing held on 4/15/2011. Plaintiffs' uncontested motion of final approval of class action settlement, approval of attorney's fees and incentive award [61] is granted. As stated in open court, George Ridgeway is not a member of the class. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.